UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:24-CV-07765-AB-AS | Date: | October 28, 2024 |
|---|---|---|---|

| Title | *Anna Phillips v. Walmart, Inc. et al.* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Daniel Tamayo | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers] Order To Show Cause Regarding Dismissal for Lack of Prosecution

The Court set a Scheduling Conference for November 8, 2024. *See* Dkt. 10 ("Order"). The Order requires the parties to file a Joint Rule 26(f) Report 14 days before the scheduling conference. *See* Order § I. As of the date of this order, no report has been filed, nor have the parties filed anything indicating why no report has been filed. The Scheduling Conference is therefore **VACATED**.

Although all parties—and the Court—are responsible for the timely progress of a case, a plaintiff, as the party who filed an action, bears the primary responsibility for ensuring compliance with deadlines that apply to them. The Court therefore **ORDERS** Plaintiff to show cause why this case should not be dismissed for lack of prosecution given the parties' failure to file a Joint Rule 26(f) Report. An appropriate response may be a Notice of Settlement, or a declaration explaining why the Joint Rule 26(f) Report was not filed along with a Stipulation of the parties and a Proposed Order to reset the Scheduling Conference. The Court informs the parties that it usually enters scheduling orders based on the Joint Rule 26(f) Report without conducting a conference with

counsel.

**Plaintiff's Response must be filed by <u>November 15, 2024</u>. If no response is filed by that date, the case will be dismissed without further notice.**

**IT IS SO ORDERED.**