JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA PHILLIPS, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WALMART, INC., a Delaware corporation CITY OF LONG BEACH, a public entity; COUNTY OF LOS ANGELES, a public entity; STATE OF CALIFORNIA, a public entity; CALIFORNIA DEPARTMENT OF GENERAL SERVICES, a public entity; and Does 1 to 50, inclusive,,<br><br>　　　　Defendants. | Case No. 2:24-cv-07765-AB (ASx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **120 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  August 21, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE